IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. FRANKLIN JR., <br><br> Plaintiff, <br><br> vs. <br><br> OMAHA HOUSING AUTHORITY, CARMELA SMITH, and GENERAL ASSISTANCE, <br><br> Defendants. | 8:21CV101 <br><br> **MEMORANDUM AND ORDER** |

    Pursuant to the court's July 16, 2021, Memorandum and Order (Filing 9), Plaintiff filed an Amended Complaint on July 30, 2021. (Filing 10.) Plaintiff has now filed a "Motion to Pause" (Filing 11), which asks the court "to pause proceeding against the defendants" with no further explanation. Because there is no apparent reason to hold this proceeding in abeyance, the court will deny Plaintiff's Motion. Plaintiff should note that he may move to dismiss this case "without prejudice," which means the court would dismiss the case, and Plaintiff would be allowed to file this case again at a later time.

    IT IS ORDERED that Plaintiff's "Motion to Pause" (Filing 11) is denied.

    DATED this 23rd day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge